# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN  DIVISION

**LEROY H. STEVENSON**                                                    **PLAINTIFF**
**ADC #093169**

**v.**                              **No.  5:13-cv-269-DPM-BD**

**RAY HOBBS**                                                    **DEFENDANT**
**Director, ADC**

## ORDER

I recuse.   I was serving on the Arkansas Court of Appeals when

Stevenson's direct appeal was decided by that Court.  The Clerk shall

reassign this case at random.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

21 August 2013