IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**LEROY H. STEVENSON**                                                                          PLAINTIFF
**ADC #093169**

v.                         No.  5:13-cv-269-DPM-BD

**RAY HOBBS**                                                                                   DEFENDANT
**Director, ADC**

## ORDER

I recuse.  I was serving on the Arkansas Court of Appeals when Stevenson's direct appeal was decided by that Court.  The Clerk shall reassign this case at random.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2013