IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEROY H. STEVENSON**                                                                               **PLAINTIFF**
**ADC #093169**

v.                              Case No. 5:13-cv-00269-KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction.**                                                     **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered on this date, it is considered, ordered, and adjudged that Leroy H. Stevenson's 28 U.S.C. § 2254 petition for writ of habeas corpus is hereby denied and dismissed with prejudice. The Court also denies a certificate of appealability.

IT IS SO ADJUDGED this 8th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE